# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**THEODORE DAVID CATER**                                                                                   **PLAINTIFF**

**V.                             CASE NO. 2:23-CV-2108**

**COMMISIONER,**
**Social Security Administration**                                                                    **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 20) of United States Magistrate Judge Mark E. Ford dated September 24, 2024, regarding the Motion for Attorney's Fees (Doc. 16) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 16) is **GRANTED**, and the Court hereby orders that Plaintiff is entitled to compensation under the EAJA for 4.80 attorney hours in 2023 at an hourly rate of $236.00 and 21.15 attorney hours in 2024 at an hourly rate of $245.00., for a total award of **$6,314.55**. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED** on this 9th day of October, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE